UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **NATALIE M MANUEL** | **CASE NO. 6:23-CV-01044** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUISIANA WORKFORCE COMMISSION** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO DISMISS filed by defendant Louisiana Workforce Commission. (Rec. Doc. 7). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's MOTION TO DISMISS (Rec. Doc. 7) is DENIED in all respects.

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to the Magistrate Judge for a trial scheduling conference to be set by the Magistrate Judge with notice to the parties via CM/ECF.

SIGNED at Lafayette, Louisiana, this 5th day of August, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE